UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISELDA FARIAS,<br><br>             Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>             Defendant. | No. CV 11-1170 FFM<br><br>JUDGMENT OF REMAND |

The Court having received the Mandate of the Ninth Circuit Court of Appeals,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further consideration and testimony concerning the types of jobs that plaintiff could perform and the numbers of those positions that exist in the economy.

DATED: July 18, 2013

                                       /S/ FREDERICK F. MUMM
                                       FREDERICK F. MUMM
                                       United States Magistrate Judge